JS-6

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

10
11

BROTHERHOOD OF
MAINTENANCE OF WAY
EMPLOYES DIVISION/IBT,

12          Plaintiff,

13     v.

14   BNSF RAILWAY,

15          Defendant.

16

Case No. 2:15-CV-05091-PA
(PJWx)

Assigned for all purposes to
Honorable Percy Anderson

**ORDER REGARDING ENTRY
OF FINAL JUDGMENT**

17
18
19
20
21
22
23
24
25
26
27
28

1       This matter having come before the Court on the parties' Joint Stipulation for

2   Entry of Final Judgment, and after considering the matter and reviewing all

3   submissions:

4       **THE COURT ADOPTS** the parties' joint stipulation that the record in this

5   matter shall be the record developed for and during the August 17, 2015 evidentiary

6   hearing on Defendant BNSF Railway's motion for a preliminary injunction.

7       **THE COURT FINDS** that judgment is proper for BNSF based on the

8   rationale set forth in the Court's Findings of Fact and Conclusions of Law dated

9   September 22, 2015 (Dkt. 60). The Court hereby adopts and incorporates those

10  Findings of Fact and Conclusions of Law as if set forth fully herein.  In particular,

11  "[t]he Court concludes, after reviewing the evidence, that the dispute is minor, [and]

12  that BNSF has not violated the RLA." (Dkt. 60, at 7).

13      **NOW THEREFORE**, based on the foregoing, it is hereby **ORDERED** that

14  Plaintiff BMWED recover nothing, the action be dismissed on the merits and with

15  each party to bear its own attorneys' fees and costs.

16      The Clerk shall enter this Judgment forthwith.

17      **IT IS SO ORDERED.**

18

19  Dated: _December 18_ , 2015.

20                          HON. PERCY ANDERSON
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER REGARDING ENTRY OF FINAL JUDGMENT**